IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.

HORACE R. COLEMAN,

Defendant.

Criminal Action Number 3:08cr243
08-2947M

## ORDER

This matter is before the Court on the government's motion for review and stay of the release order for the above-named defendant entered by the United States Magistrate Judge in the Central District of California on December 2, 2008. Pursuant to 18 United States Code Sections 3144 and 3145(a)(1), the Court ORDERS that

(1) a hearing on the government's motion for revocation of said release order be promptly docketed and heard in this Court as soon as the parties are able to so appear; and

(2) the release order entered on December 2, 2008 by the United States Magistrate Judge in the Central District of California is STAYED pending the disposition of the government's motion for review of said order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the United States Magistrate Judge in the Central District of California.

December 3, 2008
DATE

/s/
RICHARD L. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE